WILLIAM S. ELLIS, JR.
1088 Bishop Street, #1304
Honolulu, Hawaii 96813
And 17578 Haleakala Highway
Kula, Hawaii 96790
Telephone (808) 521-0382
Facsimile (808) 521-1344
(No e-mail address)
H:\Data\Escrow 2005 docs\701-800\5-776TKI06.012.doc

Appellant Pro Se

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re<br><br>UPLAND PARTNERS, a Hawaii Limited partnership,<br><br>　　　　Debtor.<br>--------------------------------------------------<br>WILLIAM S. ELLIS, JR.,<br><br>　　　　Appellant,<br><br>　　vs.<br><br>RICHARD EMERY, TRUSTEE, KRS DEVELOPMENT, INC., and QUADRANT HOLDINGS PTY. LTD.,<br><br>　　　　Appellees. | CIVIL NO. 02-00728SOM-BMK<br><br>Case No. 97-03476<br>(Chapter 11)<br><br><br><br>RELEASE OF NOTICE OF PENDENCY OF APPEAL |

**RELEASE OF NOTICE OF PENDENCY OF APPEAL**

COMES NOW WILLIAM S. ELLIS, JR., Appellant Pro Se in the above-entitled APPEAL, and hereby cancels and discharges that certain Notice of Pendency of Appeal From Order Impacting Land Court Document No. 1218960 as amended and restated by Land Court Document No. 2007288 ("SARKDA"); EXHIBIT "A" filed on April 3,

2003 in the United States Court of Appeals for the Ninth Circuit from the judgment of the U.S. District Court, District of Hawaii, and filed in the Office of the Assistant Registrar of the Land Court as Land Court Document No. 2911792, affecting that certain real property situated at Omaopio, Kula, District of Makawao, Island and County of Maui, State of Hawaii, being more fully identified as Tax Map Key No. (2) 2-3-023-058.

DATED: July 14, 2005, Maui, Hawaii, _____.

_____
WILLIAM S. ELLIS, JR.
Appellant Pro Se

STATE OF HAWAII    )
                   ) SS.
COUNTY OF MAUI     )

On this  14  day of  July , 20 05 , before me personally appeared  William S Ellis Jr , to me known to be the person described in and who executed the foregoing instrument and acknowledged that  he  executed the same as  his  free act and deed.

_____
Notary Public, State of Hawaii

My Commission Expires:    ANGELA M. RODRIGUES
                          Expiration Date: June 14, 2008